UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

        Plaintiff,

v.

Kyle Lee Mitchell Hardy,

        Defendant.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Crim. No. 11-189 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

    1.    Defendant's Motion to Suppress Statements, Admissions and Answers [Docket No. 17] be DENIED;

    2.    Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 18] be DENIED.

DATED: August 10, 2011　　　　　　　　s/Michael J. Davis
At Minneapolis, Minnesota　　　　　　　Michael J. Davis, Chief Judge
　　　　　　　　　　　　　　　　　　　United States District Court